UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **TAYLOR CHURCHWARD,** Defendant. | 2:21-CR-20527-TGB-KGA-1 HON. TERRENCE G. BERG **OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** **(ECF NO. 20)** |

On September 29, 2024, Taylor Churchward moved the Court for Early Termination of her supervised release. ECF No. 20. In its Judgment, the Court ordered Churchward to perform 300 hours of community service. *See* ECF No. 19, PageID.167, 165. The Probation Office informed the Court that as of March 20, 2025, Churchward had only performed 98 hours of service. Because of Churchward's noncompliance with the Judgment, the Court **DENIES** Churchward's Motion for Early Termination of her supervised release.

**SO ORDERED.**

Dated: June 11, 2025

/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE